**Michelle GOODEN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2005–3254.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

*ORDER*

Michelle Gooden moves without opposition for reconsideration of the court's May 31, 2006 order dismissing her petition for review for failure to file the appendix and for leave to file the appendix out of time.

Gooden submits the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted, the dismissal order is vacated, and the mandate is recalled.

**Curtis E. CRAWFORD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5078.

United States Court of Appeals, Federal Circuit.

June 22, 2006.

Curtis E. Crawford, pro se.

*ORDER*

Curtis E. Crawford submits correspondence stating "I withdraw my case." We treat Crawford's submission as a motion to dismiss his appeal of the March 1, 2006 judgment of the United States Court of Federal Claims in *Crawford v. United States*, No. 06–CV–110.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss the appeal is granted.

(2) Each side shall bear its own costs.